# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CECELIA ANYIKA-FRANCIS,        :    No. 50 MAL 2022

           Respondent        :

                            :    Petition for Allowance of Appeal

                            :    from the Order of the Superior Court

           v.                        :

                            :

YUSUFU ANYIKA,                   :

                            :

           Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.